UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-245-MMM (SP) | Date | June 10, 2013 |
|---|---|---|---|
| Title | DARRYL J. SMITH v. LINDA T. McGREW, Warden, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | | |
|---|---|---|---|
| Kimberly I. Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:**   (In Chambers) Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute

On January 14, 2013, petitioner Darryl Smith, a state prisoner (by way of conviction in D.C. Superior Court) in federal custody and proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. On January 16, 2013, the court issued an Order Requiring Response to Petition. In paragraph 11 of that Order, the court instructed petitioner: "Petitioner shall immediately notify the court and counsel for respondent of any change of petitioner's address. If petitioner fails to keep the court informed of where petitioner may be contacted, this action will be subject to dismissal for failure to prosecute. *See* Local Rule 41-6." Local Rule 41-6, states as follows:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

On May 28, 2013, the court issued a minute order in this case – and several minute orders in the related case in this court with case number CV 13-313 – and mailed those orders to petitioner at his address of record, the United States Penitentiary at Victorville, California. Those mailings were returned to the court as undeliverable on June 6, 2013. A check of the Bureau of Prisons Inmate Locator shows that petitioner is now incarcerated at the United States Penitentiary at Tucson, Arizona.

It therefore appears that petitioner has failed to follow the court's Order to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-245-MMM (SP) | Date | June 10, 2013 |
|---|---|---|---|
| Title | DARRYL J. SMITH v. LINDA T. McGREW, Warden, et al. | | |

immediately notify the court of a change of address. Petitioner's failure to comply with the court's Order, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **June 24, 2013**, petitioner is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Petitioner may discharge this Order to Show Cause by filing, by that date, a Notice of Change of Address with the court, showing petitioner's correct address.

The court is issuing a Report and Recommendation on this date in this case. The court hereby DIRECTS the Court Clerk to mail copies of the Report and Recommendation and this Order to Show Cause to petitioner at both his address of record and the United States Penitentiary at Tucson, P.O. Box 24550, Tucson, AZ 85734. Thereafter, however, the court will only send mailings to petitioner at his address of record. Only petitioner can change his address of record by filing a Notice of Change of Address with the court.