JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL J. SMITH, | Case No. CV 13-245-MMM (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LINDA T. McGREW, Warden, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 6, 2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE